UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CENDA HUFNAGAL,

    Plaintiff,

vs.                                                    CASE NO. 2:11-CIV-610-FTM-UA-DNF

TONY FANTARONI'S, INC.,
and GARY BUELL,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

    This cause is before the Court on the report and recommendation (R&R) issued by Magistrate Judge Douglas N. Frazier on May 23, 2012 (Docket No. 17). The magistrate judge recommended that the Court deny the plaintiff's motion for approval of settlement and award of attorney's fees and costs (Doc. 14).

    Pursuant to Rule 6.02, Rules of the United States District Court for the Middle District of Florida, the parties had fourteen (14) days after service to file written objections to the proposed findings and recommendations, or be barred from attacking the factual findings on appeal. **Nettles v. Wainwright**, 677 F.2d 404 (5th Cir. 1982) (en banc). No timely objections to the report and recommendation were filed.

## STANDARD OF REVIEW

When a party makes a timely and specific objection to a finding of fact in the report and recommendation, the district court should make a de novo review of the record with respect to that factual issue.  28 U.S.C. § 636(b)(1); **U.S. v. Raddatz**, 447 U.S. 667 (1980); **Jeffrey S. v. State Board of Education of State of Georgia**, 896 F.2d 507 (11th Cir. 1990). However, when no timely and specific objections are filed, case law indicates that the court should review the findings using a clearly erroneous standard.  **Gropp v. United Airlines, Inc.,** 817 F.Supp. 1558, 1562 (M.D. Fla. 1993).

The Court has reviewed the report and recommendation and made an independent review of the record.  Upon due consideration, the Court concurs with the report and recommendation.  Accordingly, it is

**ORDERED** that the report and recommendation, May 23, 2012 (Docket No. 17)  be **adopted** and **incorporated by reference** and plaintiff's motion for approval of settlement and award of attorney's fees and costs (Doc. 14) be **denied**; thus leaving this as an open and ongoing case which needs to proceed forward or to otherwise be completed and dismissed.

To that purpose, the assigned magistrate judge is **directed** to hold a status conference in this case as soon as practicable and to determine what needs to be done to bring this case to completion and dismissal.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 12th day of September, 2012.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record
Assigned Magistrate Judge